IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.                                                                                 Civ. No. 12-222

$9,639.00 IN UNITED STATES CURRENCY,

2004 DODGE RAM 1500 QUAD ST/SLT
VIN: 1D7HA18DX4J247397,

    *Defendants,*

*and*

RUBEN GARCIA AND
GRACIELA GARCIA,

    *Claimants.*

## ANSWER TO COMPLAINT

COMES NOW Defendant, Graciela Garcia, by and through the undersigned counsel, E. Michael Gomez of Gomez Law Offices, LLC, and for her answer to Plaintiff's Complaint states as follows:

1. Defendant admits paragraph 1.

2. Defendant admits paragraph 2.

3. Defendant admits paragraph 3.

4. Defendant admits paragraph 4.

5. Defendant admits paragraph 5.

6. Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained and set forth in paragraph 6, and therefore denies

the same.

7. Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained and set forth in paragraph 7, and therefore denies the same.

8. Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained and set forth in paragraph 8, and therefore denies the same.

9. Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained and set forth in paragraph 9, and therefore denies the same.

10. Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations contained and set forth in paragraph 10, and therefore denies the same.

**DEFENDANT GARCIA'S ANSWER TO PLAINTIFF'S PRAYER FOR RELIEF**

11. Defendant denies paragraph 11.

12. Defendant denies paragraph 12.

12. Defendant denies paragraph 13.

                                Respectfully submitted:

                                Electronically Filed

                                By: /s/ E. Michael Gomez, Attorney at Law
                                    E. Michael Gomez
                                    107 S. Kentucky Ave.
                                    Roswell, New Mexico 88203
                                    Phone575-623-9448 Fax575-625-9749
                                    Attorney for the Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading was electronically filed through the CM/ECF system on this 25th day of March, 2013

_____
E. Michael Gomez

AND I FURTHER CERTIFY that on such date I served The forgoing on the following by mail:

Cynthia Weisman
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103